# Order

Michigan Supreme Court
Lansing, Michigan

September 15, 2010

140068

JASON PITTMAN,
            Plaintiff-Appellant,

v

BOARD OF EDUCATION OF THE
WYOMING PUBLIC SCHOOLS,
            Defendant-Appellee.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140068
COA: 292475
State Tenure Comm: 08-000074

_____/

On order of the Court, the application for leave to appeal the October 16, 2009 order of the Court of Appeals is considered, and it is DENIED, there being no majority in favor of granting leave to appeal or taking other action.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would remand this case to the Court of Appeals as on leave granted.

DAVIS, J., not participating. I recuse myself and am not participating because I was on the Court of Appeals panel in this case. See MCR 2.003(B).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2010

_____
Clerk

p0908